# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2008

135553

WILLIAM TODD LaPLANTE,
      Plaintiff-Appellant,

v

JAMES E. SODERBERG,
      Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135553
COA: 281776
Delta CC: 07-019107-NM

On order of the Court, the application for leave to appeal the November 21, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2008

_____
Clerk

t0421